**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| GERALD S. LEPRE, | : | No. 13 WM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLEGHENY COUNTY, ALLEGHENY | : | |
| COUNTY BOARD OF VIEWERS, AND | : | |
| BOARD OF PROPERTY ASSESSMENTS, | : | |
| APPEALS AND REVIEW, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED.